

*AO242 (Rev. 09/17 Petition for a writ of Habeas Corpus Under 28 U.S.C. ss 2241*

# UNITED STATES DISTRICT COURT

## For the

| | | |
|---|---|---|
| DAVID DEWBERRY | ) | Case No._____ |
| Petitioner, | ) | MOTION TO SHOW CAUSE THAT THE IOWA |
| V. | ) | BILL SENATE FILE 589 IS |
| | ) | UNCONSTITUIONAL |
| Warden Don Harris et.al. | ) | |
| Respondent. | ) | |

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. ss 2241**

### Personal Information

1. David Dewberry, now known as the Petitioner, is currently incarcerated at the Fort Dodge Correctional Facility. At 1550 'L' Street, Fort Dodge, Iowa, 50501. And was sentenced on the 20th of January 2012.

2. Petitioner was convicted of Robbery in the First Degree, a Class "B' Felony in violation of Iowa Code 711.2 and 711.1 and shall be imprisoned for a period not to exceed 25 years, as provided by Iowa Code Sections 902.3 and 902.9(2).

3. Per **Haines v. Kerner**, 404 U.S. 519, 92 S.Ct. 594, 30 L.Ed. 2d 652 (1972) (pro se litigant's pleadings are to be construed liberally and held to a less stringent standard than pleading drafted by lawyers: if a court can reasonably interpret pro se pleadings to a state a cognizable claim on which litigant could prevail, it should do so despite failure to cite proper legal authority, confusion of legal theories, poor syntax and sentence structure, or litigant's unfamiliarity with pleading requirements; and unless it appears beyond doubt that a plaintiff/petitioner can prove no facts in support of his claim, which would entitle him relief, a complaint should not be dismissed.)

### BACKGROUND

In 1997 -98, The Iowa General Assembly enacted Senate File _____, which made EVERY Forcible Felony an 85% sentence. They targeted EVERY "class of person".

3. Iowa's government has been in direct violation of the Equal Protection Clause since they enacted Senate File 589 on July 1, 2019. By deliberately leaving out ALL other forcible felonies mandatories that they created back in 1997-98 and in 2004 when they reduced the 85% down to 70%.
4. Now that Iowa has created a new reduction for Second Degree Robber's, they have opened the door for ALL other forcible felonies mandatories to that same standard of 50% or serve between one-half and seven-tenths of the maximum term.
5. Iowa must now apply the same (equal protection) to every other forcible felony mandatory that they created, to give the same standard and reduction as they did for the Second Degree Robber's mandatory.

### Request for Relief

I want to be treated the exact same way that the Second Degree Robbers were treated, by reducing my mandatory down to 50% or serving between one-half and seven-tenths of my maximum sentence. And access all court cost to the State of Iowa.

### APPOINTMENT OF COUNSEL

I also would request a Federal Constitutional lawyer to represent me in further legal filings and or hearings.

I declare under penalty of perjury that I am the petitioner, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as a basis for prosecution for perjury.

Respectfully Submitted,

_David P. Dewberry_ [signature]                     Date: 6-13-24

Subscribed and sworn before me by _Katie Lara_. All on 13th day of June, 2024.

KATIE LARA
Commission Number 770068
My Commission Expires
10/11/2026

my commission expires 10/11/2026.

Notary Public

## IN THE IOWA DISTRICT COURT FOR DECATUR COUNTY

| | |
|---|---|
| STATE OF IOWA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID P. DEWBERRY,<br><br>Defendant. | Criminal No. FECR00644<br><br><br>JUDGMENT AND SENTENCE |

NOW on the 20th day of January 2012 the defendant appears in court in person with his attorney, Patrick Greenwood. The State appears by Decatur County Attorney Lisa Hynden Jeanes. This is the date and time set for judgment and sentencing.

The record shows that Defendant entered a plea guilty of the charge of Robbery in the First Degree, a Class "B" Felony, in violation of Iowa Code § 711.2 and 711.1 and shall be imprisoned for a period not to exceed 25 years, as provided by Iowa Code Sections 902.3 and 902.9(2).

The Court has received and studied the pre-sentence report and afforded counsel an opportunity to examine the report.

On inquiry made, no legal cause has been shown why judgment and sentence should not be pronounced.

**IT IS THE JUDGMENT OF THE COURT** that the defendant is adjudged guilty of the crime of Robbery in the First Degree, a Class "B" Felony, in violation of Iowa Code § 711.2 and 711.1 and shall be imprisoned for a period not to exceed 25 years, as provided by Iowa Code Sections 902.3 and 902.9(2).

**IT IS ORDERED** that the defendant is committed to the custody of the Director of the Iowa Department of Corrections for the determination of the appropriate place of confinement, all as provided by Iowa Code §§ 901.7 and 902.5. Granting probation in this matter is denied because defendant is convicted of a forcible felony for which probation, deferred judgment or deferred sentence is not authorized.

**IT IS FURTHER ORDERED** that the Iowa Medical and Classification Center, Oakdale, Iowa, is designated as the reception center to which the defendant is to be delivered by the Sheriff. Pending defendant's transfer to

1-20-2012
STATE OF IOWA, DECATUR COUNTY, ss:
I hereby certify that the foregoing instrument
is a true and correct copy of the original as
the same appears of record in my office.

_Clerk of District Court_

1

IN THE IOWA DISTRICT COURT FOR DECATUR COUNTY

| STATE OF IOWA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID P. DEWBERRY,<br><br>Defendant. | Criminal No. FECR00644<br><br><br>JUDGMENT AND SENTENCE |
|---|---|

   NOW on the 20th day of January 2012 the defendant appears in court in person with his attorney, Patrick Greenwood. The State appears by Decatur County Attorney Lisa Hynden Jeanes. This is the date and time set for judgment and sentencing.

   The record shows that Defendant entered a plea guilty of the charge of Robbery in the First Degree, a Class "B" Felony, in violation of Iowa Code § 711.2 and 711.1 and shall be imprisoned for a period not to exceed 25 years, as provided by Iowa Code Sections 902.3 and 902.9(2).

   The Court has received and studied the pre-sentence report and afforded counsel an opportunity to examine the report.

   On inquiry made, no legal cause has been shown why judgment and sentence should not be pronounced.

   IT IS THE JUDGMENT OF THE COURT that the defendant is adjudged guilty of the crime of Robbery in the First Degree, a Class "B" Felony, in violation of Iowa Code § 711.2 and 711.1 and shall be imprisoned for a period not to exceed 25 years, as provided by Iowa Code Sections 902.3 and 902.9(2).

   IT IS ORDERED that the defendant is committed to the custody of the Director of the Iowa Department of Corrections for the determination of the appropriate place of confinement, all as provided by Iowa Code §§ 901.7 and 902.5. Granting probation in this matter is denied because defendant is convicted of a forcible felony for which probation, deferred judgment or deferred sentence is not authorized.

   IT IS FURTHER ORDERED that the Iowa Medical and Classification Center, Oakdale, Iowa, is designated as the reception center to which the defendant is to be delivered by the Sheriff. Pending defendant's transfer to

1-20-2012
STATE OF IOWA, DECATUR COUNTY, ss:
I hereby certify that the foregoing instrument
is a true and correct copy of the original as
the same appears of record in my office.

Clerk of District Court

1

David Dewberry
6276340
1550 L St.
Fort Dodge, IA 50501



U.S District Courthouse
123 East Walnut Street
Des Moines, IA 50309